THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 15-CR-30006-DRH |
| | ) |
| KWA MISTER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Kwa Mister, represented by his attorneys Todd Schultz and David Brengle, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1.   On or about May 19, 2014, in St. Clair County, within the Southern District of Illinois, Kwa Mister did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States by telling Special Agent Andrea Kropf of the United States Department of Transportation, Office of Inspector General and Special Agent Christopher Roberson, U.S. Department of Labor, Office of Inspector General, Office of Labor Racketeering and Fraud Investigations, during an interview that if SIUE had told the agents that they had asked Kwa Mister about the contracts with his mother, it was not true. The statement was material in that there was a federal criminal investigation into Kwa Mister's involvement in directing sole source contracts to Phoenix Support Services and to what extent Kwa Mister tried to conceal a family relationship with the owner of Phoenix Support Services and tried to conceal

1

a potential conflict of interest. The statement and representation was false because, as Kwa Mister then and there knew, Kwa Mister had denied to the General Counsel's Office of Southern Illinois University on several occasions that the owner of Phoenix Support Services was his mother.

2. On or about July 24, 2014, in St. Clair County, within the Southern District of Illinois, Kwa Mister did willfully and knowingly make, and cause to be made, materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of a department or agency of the United States by telling Special Agent Andrea Kropf of the United States Department of Transportation, Office of Inspector General and Special Agent Christopher Roberson, U.S. Department of Labor, Office of Inspector General, Office of Labor Racketeering and Fraud Investigations, during an interview that he never denied to SIUE officials that L. A. S., was his mother or the owner Phoenix Support Services. The statement was material in that there was a federal criminal investigation into Kwa Mister's involvement in directing sole source contracts to Phoenix Support Services and to what extent Kwa Mister tried to conceal a family relationship with the owner of Phoenix Support Services and tried to conceal a potential conflict of interest. The statement and representation was false because, as Kwa Mister then and there knew, Kwa Mister had denied to the General Counsel's Office of Southern Illinois University on several occasions that the owner of Phoenix Support Services was his mother.

SO STIPULATED:

                                                               STEPHEN R. WIGGINTON
                                                               United States Attorney

_/s/ Kwa Mister_                                         _/s/ Norman R. Smith_
KWA MISTER                                            NORMAN R. SMITH
Defendant                                                Assistant United States Attorney

_/s/ Todd Schultz_
TODD SCHULTZ
DAVID BRENGLE
Attorneys for Defendant


Date:  04-13-15                                    Date:  4/12/2015